■ INDUSTRIAL DEVELOPMENT FOUNDATION OF AUBURN, NEW YORK, INC., Respondent, v. UNITED STATES HOFFMAN MACHINERY CORPORATION, Appellant. — Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Cayuga Special Term denying defendant's motion for summary judgment and for dismissal of the complaint in an action to cancel of record a deed.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ.

■ GEORGE SCHMID, Respondent, v. NORMAN T. ARTHUR, Appellant.— Judgment and order of Onondaga County Court affirmed, with costs. All concur. (Appeal from a judgment of Onondaga County Court affirming a judgment of a Justice's Court of the Town of Salina which awarded possession of the premises to the landlord, together with judgment of $325. The order is the order of affirmance.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ.

■ CITIES SERVICE OIL COMPANY, Appellant, v. JOHN CONVERTINO, Doing Business as THREE COUNTY OIL COMPANY, Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Oneida Special Term denying a motion to preclude or, in the alternative, for a further bill of particulars.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ NANCY C. OLDMAN, Respondent, v. ROBERT W. OLDMAN, Appellant.— Appeal dismissed, without costs. Memorandum: The order appealed from, dated April 13, 1955, modified a judgment of separation by reducing the payments for the support and maintenance of the plaintiff and the two minor children from $125 per week to $100 per week. The application for the modification was made by the appellant and the order made on his motion. Thereafter and on April 26, 1956, the appellant moved to modify the April 13, 1955 order from which he had appealed. By so doing, the appellant abandoned his appeal from the order and waived his right to appeal. By moving to modify the 1955 order on the ground that there had been a change of circumstances since that time, he necessarily conceded the correctness of that order. All concur. (Appeal by defendant from an order of Erie Equity Term modifying a final judgment of separation in favor of plaintiff by reducing the payments of alimony from $125 to $100 per week.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ NANCY C. OLDMAN, Respondent, v. ROBERT W. OLDMAN, Appellant.— Order affirmed, witih $10 costs and disbursements. All concur. (Appeal from an order of Erie Equity Term denying defendant's motion to amend a judgment of separation by reducing the $100 per week directed by an amending order to be paid as alimony, and directing the receiver to sell shares of stock owned by defendant to pay arrears in alimony, counsel fees and commissions.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ PHYLLIS COSENTINO, as Administratrix of the Estate of CARMEN COSENTINO, Deceased, Respondent, v. LOUIS L. SIERZENGA, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Cayuga Trial Term denying defendant's motion to dismiss plaintiff's complaint for unreasonable neglect to prosecute.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE DANIELS and JOSEPH DANIELS, Appellants.— Judgments of conviction affirmed. All concur. (Appeals from judgments of Onondaga County Court convicting defendants of the crimes of robbery, first degree, and grand larceny, first degree.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.